

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-4,094-09

### EX PARTE JOHNNY LERL COLE, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. W70-02404-M(G) IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of robbery by assault and sentenced to imprisonment for 125 years. We affirmed the judgment of conviction. *Cole v. State*, 484 S.W.2d 779 (Tex. Crim. App. 1972).

Applicant contends that he should have been released to parole under § 508.146 of the Government Code ("Medically Recommended Intensive Supervision"). This ground is without merit and is denied. Applicant also contends that his conviction and sentence are illegal, he was denied

compulsory process, and trial counsel was ineffective.  These grounds are dismissed. TEX. CODE

CRIM. PROC. art. 11.07, § 4.  Accordingly, this application is denied in part and dismissed in part.

Filed: February 25, 2015
Do not publish